[Civil No. 1577.    Filed May 26, 1917.]

[175 Pac. 73.]

## SCHOOL DISTRICT No. 3 OF GREENLEE COUNTY, STATE OF ARIZONA, a Corporation, Appellant, v. LUCILLE HILL, Appellee.

1. APPEAL AND ERROR—FRIVOLOUS APPEAL—DISMISSAL.—Where from the motion papers it is apparent that appeal has been taken solely for delay, appellee's motion to docket and dismiss appeal will be granted.

2. COSTS—FRIVOLOUS APPEAL—DAMAGES.—Where appeal has been taken solely for delay, on dismissal an award of damages will be made.

APPEAL from a judgment of the Superior Court of the county of Greenlee.    F. B. Laine, Judge.    Appeal dismissed.

Mr. E. V. Horton, County Attorney, for Appellant.

Mr. L. Kearney, for Appellee.

PER CURIAM.—The appellee moves to docket and dismiss this appeal.    The proofs accompanying the motion show that the appellant has not met its obligation to prosecute said appeal with reasonable diligence and to effect.    From the motion papers it is apparent that the appeal has been taken solely for delay.

It is therefore ordered that said appeal be docketed in this court and the same be and it is hereby dismissed.    It is further ordered and adjudged that appellee do have and recover from said appellant the sum of twenty-five dollars ($25) as damages for a frivolous appeal.    Appellee recovers her costs.